IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **LEON CARMICHAEL, JR,** * | |
| **#165648** * | |
| * | |
| **Plaintiff,** * | |
| * | **CIVIL ACTION NUMBER:** |
| **v.** * | **1:17-cv-0087-WS-MU** |
| * | |
| **JEFFERSON DUNN, et al,** * | |
| * | |
| **Defendants.** * | |

## MOTION FOR THE COURT TO
## ENTER A HIPAA PROTECTIVE ORDER

Comes now the served the defendants *Culliver, Dunn, Scarbrough, Mitchell, Raybon, and Stewart* by and through the Attorney General for the State of Alabama, by and through its assistant attorney general, *Bettie J. Carmack*, and moves this Honorable Court to enter the attached HIPAA order (**Exhibit A**) for the release of the plaintiff's medical records and, for grounds, state as follows:

1. Upon a preliminary review of the plaintiff's medical records from the Alabama Department of Corrections, counsel was alerted to a hospital visit by the plaintiff on November 23, 2016 for assault. Said assault was by a sexual partner and may explain any injuries the plaintiff alleges were caused by the defendants.

2. The records are in the care, custody, and control of **Atmore Community Hospital** and, in order for the hospital to release the records pursuant to a subpoena, said subpoena must include a HIPPA order allowing the release of the records.

**WHEREFORE PREMISES CONSIDERED**, the above stated Defendants move this Honorable Court to enter a HIPAA order allowing the release of the plaintiff's medical records to defense counsel.

Respectfully submitted,

STEVE MARSHALL (MAR-083)
ATTORNEY GENERAL


/s/ **Bettie J. Carmack**
Bettie J. Carmack (CAR-132)
Assistant Attorney General
Civil Litigation Division
501 Washington Avenue
Montgomery, AL 36130
(334) 353-5305
Fax: (334) 242-2433


## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of September 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and will mail by first-class mail, postage pre-paid the above stated motion to:

**Leon Carmichael, Jr
#165648
William E. Donaldson Correctional Facility
100 Warrior Lane
Bessemer, AL 35023-7299**


/s/ **Bettie J. Carmack**
Bettie J. Carmack (CAR-132)
*Defense counsel*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*EXHIBIT A\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **LEON CARMICHAEL, JR,** \* | |
| **#165648** \* | |
| \* | |
| **Plaintiff,** \* | |
| \* | **CIVIL ACTION NUMBER:** |
| v. \* | **1:17-cv-0087-WS-MU** |
| \* | |
| **JEFFERSON DUNN, et al,** \* | |
| \* | |
| **Defendants.** \* | |

## QUALIFIED HIPAA PROTECTIVE ORDER

Defense counsel is hereby granted the right, upon compliance with the applicable discovery provisions of the Federal Rules of Civil Procedure and the orders of this court, to obtain from any health care provider, health plan, or other entity covered by the Health Insurance Portability and Accountability Act of 1996, Pub. L. No. 104- 191, 110 Stat. 1936 (1996) ("HIPAA"), any and all information relating to the past, present, or future health condition of **Leon Carmichael, Jr**.. This order authorizes any third-party who is provided with a subpoena requesting the production of documents or commanding attendance at deposition or trial to disclose the Protected Health Information in response to such request or subpoena. This order is intended to authorize such disclosures under the privacy regulations issued pursuant to HIPAA. 45 C.F.R. § 164.512(e)(1)(i). The parties are expressly prohibited from using or disclosing the protected health information obtained pursuant to this order for any purpose other than this action. Further, the parties

3

are ordered to either return to the covered entity, from whom or which such protected health information was obtained, or to destroy the protected health information (including all copies made), immediately upon conclusion of this action.

**DONE** and **ORDERED** this \_\_\_\_\_ day of _____, 2017.

_____
Judge P. Bradley Murray