**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **LEON CARMICHAEL, JR., #165648,** | ) | |
| | ) | |
| **PLAINTIFF,** | ) | |
| | ) | |
| **vs.** | ) | **Civil Action No.** |
| | ) | **1:17-cv-00087-WS-MU** |
| **JEFFERSON DUNN, et al,** | ) | |
| | ) | |
| **DEFENDANTS.** | ) | |

**MICHAEL HARRISON'S ANSWER**

**COME NOW Michael Harrison**, by and through undersigned counsel, and respond to the Plaintiff's complaint as follows:

1.      Defendant denies each and every material allegation and demand strict proof thereof.

2.      Holman Correctional Facility ("Holman") maintains a penalogical interest in conducting searches of inmate dormitories to prevent assaults among inmates, ensure staff and officer safety, and to prevent the use and trade of contraband.

3.      Holman maintains a penological interest in subduing inmates who are unresponsive or defiant to orders while a Correctional Emergency Response Team ("CERT") searches their living quarters for contraband.

4.      Defendant denies violating Plaintiff's constitutional rights and demand strict proof thereof.

1

5.     Plaintiff's complaint fails to state any claim upon which relief can be granted.

6.     Plaintiff has failed to allege facts sufficient to support a failure to protect claim.

7.     Plaintiff has failed to allege facts sufficient to support a deliberate indifference claim.

8.     Plaintiff has failed to allege facts sufficient to support an excessive force claim.

9.     Plaintiff has failed to allege facts sufficient to support a failure to provide medical treatment claim.

10.     Plaintiff has failed to allege facts sufficient to support an assault and battery claim under state law.

11.     Plaintiff has failed to sufficiently plead any issues with particularity.

12.     This Court lacks jurisdiction as the defendant is immune from suit.

13.     Defendants named in their official capacities are immune by virtue of sovereign immunity.

14.     Defendant asserts absolute immunity under the Sovereign Immunity provision of the Alabama Constitution to the Plaintiff's state law claims for relief.

15.     Defendant is immune from liability in regard to any alleged state law claims based on state-agent immunity and/or discretionary function immunity.

16.    Defendant asserts that he is absolutely immune from suit under the Eleventh Amendment to the Constitution.

17.    Defendant is immune in his individual capacity by virtue of qualified immunity.

18.    Defendant denies that the Plaintiff/inmate is entitled to damages or any other relief requested.

19.    Defendant is not guilty of the things and matters alleged in Plaintiff's Complaint.

20.    The Plaintiff has failed to mitigate his damages.

21.    Plaintiff is generally not entitled to be awarded punitive damages relating to any claims against Defendants.

22.    Any award of punitive damages in this case against the Defendant would violate his constitutional rights under the United States and Alabama Constitution.

23.    Plaintiff is not entitled to punitive damages because the defendant did not engage in any conduct with malice or reckless indifference to the Plaintiff's alleged federally protected rights.

24. Defendant asserts that the Plaintiff's claims for compensatory and punitive damages are limited by the statutory caps set forth in 42 U.S.C. § 1981a.

25.    Defendant reserves the right to assert additional defenses as discovery progresses.

26.     Defendant requests, pursuant to Fed. R. Civ. P. 12(c), that this Court consider the Special Report filed contemporaneously herewith as a Motion for Summary Judgment as the parties have submitted affidavits in support of their positions and there are no material disputes of fact.

Respectfully submitted this 7th day of January 2020.

STEVE MARSHALL
ATTORNEY GENERAL


Respectfully submitted,

STEVE MARSHALL
ATTORNEY GENERAL
By:

/s/*Bettie J. Carmack*
Bettie J. Carmack
*Assistant Attorney General*
*Civil Litigation Division*
Office of the Attorney General
501 Washington Avenue
Montgomery, AL 36130
Telephone: (334) 353-5305
Facsimile: (334) 242-2433
bcarmack@ago.state.al.us

4

## <u>CERTIFICATE OF SERVICE</u>

I certify that I have this 7th day of January 2020, electronically filed the foregoing pleading with the Clerk of the Court, using the CM/ECF system, and the Clerk of Court using the CM/ECF system will send notification to the following:

**Stephen Rogers, Esq.**

I further certify that have served a copy of the foregoing on the Plaintiff, by placing same in the United States Mail, postage prepaid, and properly addressed as follows:

**Inmate Leon Carmichael, Jr., #165648**
**William E. Donaldson Correctional Facility**
**100 Warrior Lane**
**Bessemer, Alabama 35023-7299**

/s/*Bettie J. Carmack*
Bettie J. Carmack
*Assistant Attorney General*

5