IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **LEON CARMICHAEL, JR.,** * | |
| * | |
| * | |
| **Plaintiff,** * | |
| * | |
| **vs.** * | **CIVIL ACTION NO. 17-00087-KD-MU** |
| * | |
| **JEFFERSON DUNN,** *et al.,* * | |
| * | |
| **Defendants.** * | |

## ORDER

Pursuant to Magistrate Judge Bradley Murray's Order dated January 10, 2020 (Doc. 157), this matter is scheduled for a settlement conference before the undersigned Magistrate Judge on **February 11, 2020** at **9:00 a.m.**, in Courtroom 5A.

In preparation for and in order to facilitate the scheduled settlement conference, counsel for each party is to <u>submit to the undersigned in chambers</u> by **5:00 p.m.** on **February 3, 2020,** a <u>confidential settlement statement</u> which includes the following:

    1.   A brief statement of the facts giving rise to this action;

    2   The history and status of any settlement negotiations, including the last settlement proposal **<u>made by you and to you</u>**;

    3.   The major obstacle as you perceive it to settlement;

4.  A settlement proposal that you would be willing to make in order to conclude the matter and stop the expense of litigation; and

5.  The name of each person participating in or attending the settlement conference on your behalf.

All communications made in connection with the settlement conference are confidential and will not be disclosed to anyone, unless otherwise agreed to by the parties.  The confidential settlement statements and any documents requested and submitted for the settlement conference will be maintained in chambers and will be destroyed after the conference.

**DONE** this **14th** day of **January, 2020.**

/s/ SONJA F. BIVINS
**UNITED STATES MAGISTRATE JUDGE**