IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| LEON CARMICHAEL, JR. | * | |
|     Plaintiff, | * | |
| v. | * | Case No.: 17-00087-WS-MU |
| | * | |
| JEFFERSON DUNN, ET AL. | * | |
|     Defendants. | * | |
| | * | |

## NOTICE OF APPEARANCE

Comes now RONNIE L. WILLIAMS, and give notice of his appearance as counsel for the Plaintiff herein, Leon Carmichael.

    S/Ronnie L. Williams (WILLR6024)
    Attorney for Leon Carmichael
    814 St. Francis Street
    Mobile, AL 36602
    (251) 432-6985   (251) 432-6987 (facsimile)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he has served a copy of this Notice of Appearance on counsel for all parties on this 16th day of January 2020, by use of the court's electronic filing system:

    s/Ronnie L. Williams